# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| WAYNE BAPTISTE, | * | |
|---|---|---|
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-141 |
| | * | |
| v. | * | |
| | * | |
| WARDEN EDGE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Wayne Baptiste ("Baptiste") filed Objections to the Report and Recommendation. Dkt. No. 13.

In his Objections, Baptiste finds fault with the Magistrate Judge's conclusions regarding the due process clause and its attendant requirements. Id. at pp. 1-3. However, Baptiste overlooks the Magistrate Judge's analysis of the due process requirements and how those requirements were met during the disciplinary proceedings. Dkt. No. 11, pp. 8-14. In his Objections, Baptiste states simply that the Magistrate Judge

analysis and findings are "wrong," but offers nothing to support that position.

Thus, the Court **OVERRULES** Baptiste's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** Baptiste's Petition, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Baptiste *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of July, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)